UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:12-79

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                                **OPINION AND ORDER**

DAVID ATREYEL CAMPBELL.                                              DEFENDANT

\* \* \* \* \* \* \* \* \*

This matter is before the Court on the Recommended Disposition (DE 1663) filed by United States Magistrate Judge Matthew A. Stinnett. Defendant David Atreyel Campbell allegedly violated the terms of his supervised release. This matter was referred to Judge Stinnett to conduct a final revocation hearing and recommend a proposed disposition of the matter.

Pursuant to the referral order, Judge Stinnett conducted a final revocation hearing on May 6, 2024 (DE 59), and subsequently issued his Recommended Disposition. (DE 1663.) The Recommended Disposition directs the parties to 28 U.S.C. § 636(b)(1), which requires any objections be filed within fourteen days of service. Neither party has filed objections, nor sought an extension of time to do so. Defendant has preserved his right of allocution.

Generally, this Court makes a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). However, this Court is not required to "review … a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Furthermore, parties who fail to object to a Magistrate's report and recommendation are barred from

appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947, 949-950 (6th Cir. 1981). Nevertheless, this Court has examined the record, and having made a *de novo* determination, it agrees with the Magistrate Judge's Recommended Disposition. Accordingly, and the Court being sufficiently advised, it is HEREBY ORDERED as follows:

(1) The Recommended Disposition (DE 1663) as to David Atreyel Campbell is ADOPTED as the Opinion of the Court;

(2) Defendant David Atreyel Campbell is found to have violated the terms of his Supervised Release as set forth in Violations 1 and 2 of the Petition filed by the United States Probation Office;

(3) Defendant's Supervised Release is REVOKED;

(4) Defendant, David Atreyel Campbell, is SENTENCED to the custody of the Bureau of Prisons for a term of imprisonment of ten (10) months, with an additional supervised release term of twenty-four (24) months. While on supervised release, Defendant shall be subject to the conditions imposed by the Court's Judgment (DE 1470) dated October 8, 2020; and

(5) A Revocation Judgment consistent with these findings shall be entered.

Dated this 18th day of June, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY